UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20265-CR-MARTINEZ

UNITED STATES OF AMERICA

vs.

ROSETTA LATRICIA TOOKS and
JEFFREY JOSEPH,

    Defendant.
_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the United States of America would have proven beyond a reasonable doubt the following facts pertaining to violations of Title 18, United States Code, Section 1349 and Title 18, United States Code, Section 1028A(a)(1):

TOOKS and JOSEPH once lived at the same address and have a child in common. From at least June 2013 to March 2015, TOOKS and JOSEPH participated in a conspiracy to submit false claims using stolen personal identity information to the Social Security Administration and redirect the fraudulently obtained benefit payments to bank accounts that they controlled. Several of the fraudulent claims for Social Security benefits had several common factors including similar residential addresses and a common IP address. One of these several fraudulent claims was in the name of "T.B." and directed fraud proceeds into a particular Citibank account ending 0422.

On January 14, 2015, TOOKS appeared at a bank branch and presented a fraudulent power of attorney on behalf of stolen identity victim "T.B.," as justification for the receipt of the Social Security benefits from this account. The power of attorney listed T.B. at an address that was a

1

*Exhibit*

close variation of JOSEPH's current residential address. The power of attorney also listed a Florida driver's license of a different "T.B." On March 26, 2015, TOOKS returned to the bank branch to ask Citibank to unblock the account.

On July 20, 2014, video shows TOOKS and JOSEPH making an over the counter withdrawal together from the same Citibank account in TOOKS' name.

A fraudulent claim filed on September 17, 2014 on behalf of stolen identity victim "N.Z." directed deposit of fraud proceeds into a particular B of I account ending 5417. The account was opened in the name of TOOKS and had a listed address that was associated with a family member of TOOKS. Surveillance photos show that JOSEPH made an ATM withdrawal from that account.

In a post-*Miranda* post-arrest statement, TOOKS admitted that she participated in the fraud with JOSEPH. TOOKS stated that she saw JOSEPH obtain stolen personal identity information and use his laptop to file fraudulent claims for Social Security benefits. TOOKS stated that she made ATM withdrawals of fraudulent proceeds. TOOKS admitted going to the Citibank branch with a power of attorney form for "T.B." and that she did not know "T.B." TOOKS admitted to opening bank accounts and withdrawing fraudulent proceeds, including Social Security benefits, that did not belong to her. TOOKS also stated that fraud proceeds were sometimes placed on pre-paid debit cards.

Many of the fraudulent claims were filed from IP addresses inside the state of Florida but the fraudulent claims were filed by computer online and were processed by the federal government outside of Florida.

Two victims, T.B. and J.B., would testify that they did not authorize TOOKS or JOSEPH to use their name, date of birth, and/or social security number to file a claim for benefits with

Social Security.

|  |  |
|---|---|
|  | WIFREDO A. FERRER<br>UNITED STATES ATTORNEY |
| Date: 7/30/15 | By: _____<br>TIMOTHY J. ABRAHAM<br>ASSISTANT UNITED STATES ATTORNEY |
| Date: 7/30/15 | By: _____<br>D'ARSEY HOULIHAN<br>ATTORNEY FOR DEFENDANT |
| Date: 7/30/15 | By: _____<br>ROSETTA LATRICIA TOOKS<br>DEFENDANT |